IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Koreasa Maria Williams,<br><br>Petitioner,<br><br>v.<br><br>Unknown Gunther, *et al.*,<br><br>Respondents. | No. CV-25-02534-PHX-JJT<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 17, "R&R") entered by United States Magistrate Judge Eileen S. Willett recommending that the Court dismiss without prejudice the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1, "Petition"). In the R&R, Judge Willett advised the parties they "shall have fourteen days from the date of service of a copy of [the R&R] within which to file specific written objections to the Court," and that "[f]ailure to timely file objections to [the R&R] may result in the acceptance of [the R&R] by the District Court without further review," as provided in *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). (Doc. 17 at 5.) It has been 34 days since entry of the R&R and no party has filed any objection. The District Court is thus free to accept the R&R and its analysis without further review. It nonetheless reviews the issues raised in the Petition and Response thereto on their merits. Upon doing so, it concludes, for the reasons set forth in the R&R, that Judge Willett is correct that the Petition is quite premature, and it will dismiss without prejudice.

1  **IT IS ORDERED** adopting in whole the R&R entered by Judge Willett (Doc. 17),
2  including its reasoning.

3  **IT IS FURTHER ORDERED** dismissing without prejudice the Petition for Writ
4  of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).

5  **IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment
6  accordingly and close this matter.

7  **IT IS FURTHER ORDERED** denying a certificate of appealability, upon the
8  Court's finding that the dismissal of the Petition is justified by a plain procedural bar, and
9  that reasonable jurists would not find the procedural ruling debatable.

10  Dated this 29th day of December, 2025.

Honorable John J. Tuchi
United States District Judge